# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHNEEK WALKER | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | NO. 18-5542 |

## ORDER

**AND NOW**, this 28th day of February, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 10), the Commissioner's Response thereto (Document No. 14) and the court's Memorandum of today, it is hereby **ORDERED** that:

1. The Request for Review is **GRANTED**;

2. This case is remanded to the Commissioner so that it can be re-assigned to a properly-appointed Administrative Law Judge who is different from the one who originally heard Plaintiff's case.

**BY THE COURT:**

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge